VIRGINIA: IN THE VIRGINIA BEACH CIRCUIT COURT CLERK'S OFFICE

# CERTIFICATE/LETTER OF QUALIFICATION

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on February 13, 1997

### ELLEN OLIVIA DUNN

duly qualified in this Office under applicable provision of law as Guardian of the Person and of the Estate of

### MAUDE O. DUNN, INCAPACITATED

Bond $ 40,000.00   without surety - none required by court order

The powers of the fiduciary named above continue in full force and effect

DATE:  February 13, 1997

J. CURTIS FRUIT, CLERK

By: _Tracey O Atwisle_

Deputy Clerk

CERTQUAL.FRM - REV. 6/95

05 1062

**FILED**

MAY 2 6 2005

NANCY MAYER WHITTINGTON, CLERK

Exhibit _A_

# VIRGINIA:

*In the Court of Appeals of Virginia on* Wednesday *the* 18th

*day of* May, 2005.

Ellen Dunn and Maude Dunn,                                                                        Petitioners,

Record No. 0407-05-1

Circuit Court of the City of Virginia Beach,
  Jerry Kilgore, Attorney General of Virginia and
  Mark Warner, Governor of Virginia,                                                          Respondents

Upon a Petition for Writ of Mandamus

Before Senior Judges Coleman, Willis and Annunziata

Petitioners have filed a petition for a writ of mandamus arising out of matters relating to

guardianship proceedings for an adult, Maude Dunn.

The Court of Appeals lacks jurisdiction over this case. Pursuant to Code § 17.1-404, "the court

shall have original jurisdiction to issue writs of mandamus" only in "cases over which the court would

have appellate jurisdiction." This Court has appellate jurisdiction over such cases as are described in

Code §§ 17.1-405 and 17.1-406. Code § 17.1-405 provides for jurisdiction over:

> (3) Any final judgment, order, or decree of a circuit court involving: (a)
> Affirmance or annulment of a marriage; (b) Divorce; (c) Custody; (d)
> Spousal or child support; (e) The control or disposition of a child; (f) Any
> other domestic relations matter arising under Title 16.1 [juvenile matters]
> or Title 20 [establishing parent-child relationship]; (g) Adoption under
> Chapter 12 (§ 63.2-1200 et seq.) of Title 63.2; or (h) A final grievance
> hearing decision issued pursuant to subsection B of § 2.2-3007. . . .

05 1062

**FILED**

MAY 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit *B pg 1*

The guardianship order for which petitioner seeks a writ of mandamus is not included in this Court's appellate jurisdiction. Accordingly, we deny the writ and dismiss the petition.

A Copy,

Teste:

Cynthia L. McCoy, Clerk

By:

Deputy Clerk

Exhibit *B page 2*

COURT OF APPEALS OF VIRGINIA
109 NORTH EIGHTH STREET
RICHMOND, VIRGINIA 23219-2305

Ms. Ellen Dunn
1323 Webster Street, N.E.
Washington, DC 20017

20017+2747  2A

Exhibit _B_ page 3

## SPECIFIC POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That I, Maude O. Dunn, City of Virginia Beach, State of Virginia, have made, constituted, and appointed, and by these presents do make, constitute, and appoint daughter, Ellen Olivia Dunn, of 1315 Glyndon Drive, Virginia Beach, Virginia 23464, my true and lawful attorney, for me in my name, place and stead, to execute and sign any deed, note, contract, bond or other paper, form or instrument necessary and incident to the sale of the following described property:

> Parts of Lots numbered Eighteen (18) and Nineteen (19) in Square Thirty-nine Hundred Seventy-five (3975) in a subdivision made by Martha F. Buckley and Maggie Polwarth, as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 94 at folio 44, described as follows: beginning at the Northwest corner of said Lot Nineteen (19) and running thence South along the East line of 13th Place, 70 feet to the South line of said Lot 18; thence East along the South line of Lot 18, 65 feet; thence North on a line parallel with the East line of 13th Place, 70 feet to the South line of Webster Street and thence West along the South line of Webster Street, 65 feet to the place of beginning; now taxed as Lot 818 in Square 3975.

or any other papers required under the Real Estate Settlement Procedures Act; and to furthermore make any necessary covenants, warranties, and assurances, and do any and all acts and things necessary and incident to the sale of said property.

This Specific Power of Attorney shall not be terminated by my disability nor shall there be any liability on any person, firm or corporation relying on this Specific Power of Attorney subsequent to my death provided such person, firm or corporation had not received actual notice of my death.

I hereby ratify and confirm all lawful acts done by my said attorney by virtue hereof.

05 1062

WITNESS the following signature and seal this 23rd day of ~~August~~, 1996.
SEPTEMBER

FILED

Maude O. Dunn (SEAL)
Maude O. Dunn

MAY 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit C

Page 1 of 2

STATE OF VIRGINIA,
CITY OF VIRGINIA BEACH, to-wit:

The foregoing Specific Power of Attorney was sworn and subscribed to before me this 23rd day of ~~August~~, 1996 by Maude O. Dunn.
SEPTEMBER

_____
Notary Public

My Commission Expires: My Commission Expires September 30, 1998

_____
Signature of Ellen Olivia Dunn
for Identification

Exhibit C

Page 2 of 2

## GENERAL POWER OF ATTORNEY

I, Maude O. Dunn, of Virginia Beach, Virginia, do hereby make this General Power of Attorney appointing my daughter, Ellen Olivia Dunn, of 1315 Glyndon Drive, Virginia Beach, Virginia, my true and lawful attorney-in-fact. My attorney-in-fact is authorized to act for me in my name, place and stead as follows:

(1)  To ask, demand, sue for, recover and receive, of and from all corporations, associations, entities and persons whatsoever (a) each and every piece or parcel of realty and article of personalty which I own or which I am entitled to possess, and (b) each and every sum of money or right due and owing, or that may become due and owing, to me on any and every account, contract or tort, or, at my attorney's discretion to arbitrate or compromise for the same, and give discharges;

(2)  To sign any bond, deed, obligation, contract, court order, pleading or process, tax return (including the consent required under IRC § 2513) or any other paper;

(3)  To draw upon any banks or other financial institutions, or any corporations, associations, entities or individuals for any sum or sums of money that may be to my credit, or which I may be entitled to receive;

(4)  To borrow money in my name on such terms as my attorney may deem appropriate and to execute and deliver any documents necessary to give any lender a security interest in any or all of my real and/or personal property in connection with any loan;

(5)  To sell or lease any part or parts of my real or personal estate, or any interest which I may have in any real or personal

*05  1062*

**FILED**

MAY 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit _A_

Page 1 of 3

estate, wheresoever situated, upon such terms as my attorney may deem appropriate, and to make all necessary deeds and conveyances thereof, with all necessary covenants, warranties and assurances, and to sign, seal, acknowledge and deliver the same;

(6)    To make investments on my behalf in accordance with §26-45.1(a) of the Code of Virginia (1950), as amended;

(7)    To enter any safe deposit box that I may be the lessee of, or otherwise entitled to enter, in any bank, place or institution;

(8)    To borrow against or obtain the cash surrender value of any of my life insurance policies, and to transfer the ownership of any such policies to the beneficiary(s) named therein;

(9)    To create, and to add to, intervivos trusts for my benefit;

(10)    To make gifts to beneficiaries named in my will by way of total or partial satisfaction of any bequests, legacies or devises made to such beneficiaries in my will as written at the time of such gifts; and

(11)    Without limiting the above powers, to do all such other acts, matters and things in relation to all or any part of, or interest in, my property, estate, affairs or business of any kind or description in the State of Virginia, or elsewhere, as I myself might or could do if acting personally.

This power of attorney shall not terminate on disability of the principal.   This power of attorney may be annulled at any time after the execution hereof by an instrument of revocation being

Exhibit A2

Page 2 of 5

recorded in the Clerk's Office of the Circuit Court for the jurisdiction where I reside at the time of the execution of this power, which residence is stated above.

WITNESS the following signature and seal, this 23rd day of ~~August,~~ SEPTEMBER
1996.

_Maude O. Dunn_ (SEAL)

Maude O. Dunn

STATE OF VIRGINIA
CITY OF VIRGINIA BEACH: to-wit:

The foregoing instrument was acknowledged before me this 23rd day of ~~August~~ 1996, by Maude O. Dunn.
SEPTEMBER

_____
Notary Public

My Commission Expires:    My Commission Expires September 30, 1998

3

Exhibit Q

Page 3 of 3

## JOSEPH W. HOOD, JR. & ASSOCIATES
### ATTORNEYS AND COUNSELLORS AT LAW
### REFLECTIONS ONE, SUITE 100
### 2809 SOUTH LYNNHAVEN ROAD
### VIRGINIA BEACH, VIRGINIA 23452-6700

JOSEPH W. HOOD, JR.
SARAH D. MIRANDA*
AMY E. CROSS
*ALSO ADMITTED IN NC

TELEPHONE
(757) 340-5800

FACSIMILE
(757) 340-3787

July 27, 2001

J. Curtis Fruit, Clerk
Circuit Court, Chancery Division
2425 Nimmo Parkway
Virginia Beach, VA 23456

**In Re: The estate of Maude O. Dunn, an incapacitated adult
          CH96-4092**

Dear Mr. Fruit:

Enclosed please find a copy of my Attorney Issued Subpoena Duces Tecum in the
above-referenced action.

Thank you for your assistance in this matter.

Sincerely,

Joseph W. Hood, Jr.

JWHjr:blm

Enclosure

cc:     Kenneth V. Geroe, Esquire
        file

FILED
V.A. BEACH CIRCUIT COURT
01 AUG -1  AM 11: 47
J. CURTIS FRUIT, CLERK

05  1062

Exhibit *E page4*

# FILED

MAY 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SUBPOENA DUCES TECUM (CIVIL) –**
**ATTORNEY ISSUED** VA. CODE §§ 8.01-413, 16.1-89, 16.1-265;
Commonwealth of Virginia    Supreme Court Rules 1:4, 4:9

Case No.: CH96–4092

HEARING DATE AND TIME

Virginia Beach Circuit                                          Cou

2425 Nimmo Parkway, Virginia Beach, Virginia, 23456
COURT ADDRESS

v./In re: The estate of Maude O. Dunn, an

**TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS:** incapacitated adu
You are commanded to summon

Bank of America
NAME

745 Lynnhaven Parkway
STREET ADDRESS

Virginia Beach, VA  23452
CITY                    STATE                    ZI

**TO the person summoned:** You are commanded to make available the documents and tangible thing
designated and described below:

Copies of the following cancelled checks for account # 008 360 5956:  #3010 in the

amount of $1,000.00, #3011 in the amount of $254.00, #3012 in the amount of $140.(

#3017 in the amount of $10,000.00 (between 2/97 and 8/97)

on or before
at 2809 S. Lynnhaven Road, #100, Virginia Beach, VA  at  August 13, 2001, at 5:00 p.l
LOCATION                    23452            DATE AND TIME

to permit such party or someone acting in his or her behalf to inspect and copy, test or sample such
tangible things in your possession, custody or control.

This Subpoena Duces Tecum is issued by the attorney for and on behalf of
Ellen Dunn

PARTY NAME

Joseph W. Hood, Jr.                                23567
NAME OF ATTORNEY                          VIRGINIA STATE BAR NUMBER

2809 S. Lynnhaven Road, Suite 100            (757) 340-5800
OFFICE ADDRESS                              TELEPHONE NUMBER OF ATTORNEY

Virginia Beach, VA  23452                    (757) 340-3787
OFFICE ADDRESS                              FACSIMILE NUMBER OF ATTORNEY

7/27/01
DATE ISSUED                                SIGNATURE OF ATTORNEY

**Notice to Recipient:** See page two for further information.

**RETURN OF SERVICE** (see page two of this fo

Exhibit E pages

FORM DC-498  7/00

TO the person summoned:
    If you are served with this subpoena less than 14 days prior to the date that compliance with this subpoena is required, you may object by notifying the party who issued the subpoena of your objection in writing and describing the basis of your objection in that writing.

TO the person authorized to serve this process: Upon execution, the return of this process shall be made to the clerk of court.

NAME: _____

ADDRESS: _____

| ☐ PERSONAL SERVICE | Tel. No. |

Being unable to make personal service, a copy was delivered in the following manner:

☐  Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above:

_____

☐  Posted on front door or such other door as appear to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐  not found _____ Sheriff

_____ by _____ Deputy Sheriff

DATE

## CERTIFICATE OF COUNSEL

I, ____Joseph W. Hodd, Jr.____, counsel for ___Ellen Dunn___, hereby certify

that a copy of the foregoing subpoena duces tecum was ___mailed___
                                                        DELIVERY METHOD

to ___Kenneth V. Geroe___, ~~process of record for~~ Commissioner of Accounts

on the ___27th___ day of ___July___, 2001

_____
SIGNATURE OF ATTORNEY

Exhibit *ℓ page 3*

Certificate of Service
**Virginia Beach Circuit Court - Chancery**
Case Number: CH96-4092

InRe:

                    Plaintiff:

vs.                                                August 13, 2001
                                                   Court Date

The Estate of Maude O.    Defendant:
Dunn

The undersigned being duly sworn, states:
I am over the age of 18 years old and not a party to the above named entitled action.

**I MADE SERVICE OF:**    Subpoena Duces Tecum

**SERVICE ON:**    Bank of America

**ADDRESS:**    745 Lynnhaven Parkway, Virginia Beach, VA

**DATE SERVED:**    August 2, 2001    **TIME SERVED:**    12:50 PM

**(xx)**    DELIVERED TO PERSON FOUND IN CHARGE OR USUAL PLACE OF BUSINESS OR
EMPLOYMENT DURING BUSINESS HOURS AND GIVING INFORMATION OF ITS PURPORT.

                        Jan LaRowe

I declare under penalty of perjury that the Return is true and correct.

_____    Date August 5, 2001
Andrea Driskell
Driskell Services, Inc.
600 Archcove Court
Norfolk, VA, 23502
Bus:(757) 461-4099 , Fax:(757) 461-4105

SUBSCRIBED AND SWORN TO before me a notary public, Sunday, August 5, 2001.
in the City of Norfolk and the Commonwealth of Virginia.

_____
Teena Driskell, Notary Public

My Commission Expires April 30, 2002.

Exhibit _E_ page 4

**SUBPOENA DUCES TECUM (CIVIL) –**
**ATTORNEY ISSUED** VA. CODE §§ 8.01-413, 16.1-89, 16.1-265;
Commonwealth of Virginia    *Supreme Court Rules 1:4, 4:9*

Case No.: CH96–4092

HEARING DATE AND TIME

Virginia Beach Circuit                                                                 Cou

2425 Nimmo Parkway, Virginia Beach, Virginia, 23456
COURT ADDRESS

**v./In re:** The estate of Maude O. Dunn, an
**TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS:** incapacitated adu
You are commanded to summon

Bank of America
NAME

745 Lynnhaven Parkway
STREET ADDRESS

Virginia Beach, VA 23452                                                            zii
CITY                                            STATE

**TO the person summoned:** You are commanded to make available the documents and tangible thing
designated and described below:

Copies of the following cancelled checks for account # 008 360 5956: #3010 in the

amount of $1,000.00, #3011 in the amount of $254.00, #3012 in the amount of $140.0

#3017 in the amount of $10,000.00 (between 2/97 and 8/97).

                                                                on or before
at 2809 S. Lynnhaven Road, #100, Virginia Beach, VA  at  August 13, 2001, at 5:00 p.i
    LOCATION                                      23452                  DATE AND TIME
to permit such party or someone acting in his or her behalf to inspect and copy, test or sample such
tangible things in your possession, custody or control.

This Subpoena Duces Tecum is issued by the attorney for and on behalf of
Ellen Dunn
PARTY NAME

Joseph W. Hood, Jr.                               23567
NAME OF ATTORNEY                                  VIRGINIA STATE BAR NUMBER

2809 S. Lynnhaven Road, Suite 100                 (757) 340-5800
OFFICE ADDRESS                                    TELEPHONE NUMBER OF ATTORNEY

Virginia Beach, VA 23452                          (757) 340-3787
OFFICE ADDRESS                                    FACSIMILE NUMBER OF ATTORNEY

7/27/01
DATE ISSUED                                       SIGNATURE OF ATTORNEY

**Notice to Recipient: See page two for further information.**
                    **RETURN OF SERVICE** (see page two of this form

Exhibit E pages

TO the person summoned:

If you are served with this subpoena less than 14 days prior to the date that compliance with this subpoena is required, you may object by notifying the party who issued the subpoena of your objection in writing and describing the basis of your objection in that writing.

TO the person authorized to serve this process: Upon execution, the return of this process shall be made to the clerk of court.

NAME:_____

ADDRESS:_____

| ☐ PERSONAL SERVICE | Tel. No. |

Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above:

_____

☐ Posted on front door or such other door as appear to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ not found _____, Sheriff

_____ by _____, Deputy Sheriff

DATE

## CERTIFICATE OF COUNSEL

I, ___Joseph W. Hood, Jr.___, counsel for ___Ellen Dunn___, hereby certify

that a copy of the foregoing subpoena duces tecum was ___mailed___

DELIVERY METHOD

to ___Kenneth V. Geroe___, ~~counsel of record for~~ Commissioner of Accounts

on the ___27th___ day of ___July___, ~~2001~~

SIGNATURE OF ATTORNEY

Exhibit _E_ page _6_

**KENNETH V. GEROE**
ATTORNEY AND COUNSELLOR AT LAW
VIRGINIA BEACH, VIRGINIA

COMMISSIONER OF ACCOUNTS
CIRCUIT COURT OF VIRGINIA BEACH

ANITA L. CRAFT
LEGAL ASSISTANT



101 NORTH LYNNHAVEN RD., SUITE 101
VIRGINIA BEACH, VIRGINIA 23452-7501
TELEPHONE (757) 340-4747
FACSIMILE (757) 340-0305

July 21, 2003

Ellen Olivia Dunn
1323 Webster Street, NE
Washington, D.C. 20017

Ellen Olivia Dunn
1315 Glyndon Drive
Virginia Beach, VA 23464

Re: Guardianship of Maude O. Dunn

Dear Ms. Dunn:

Please permit me to make this as simple for you as I can. What both the Court and myself desire is that you completely and timely account for the funds under your control belonging to your mother. Nobody wants you to be in trouble. You create that for yourself by your refusal to account, as Virginia law requires you to do.

Let's cut through all of the smoke screen. You are the validly appointed Guardian for your mother, as the attached copy of the Court's Order shows. If you will do what you are supposed to do, then you won't have to worry about show cause hearings and the like. Provided I receive all updated accountings, in proper form, by September 1, 2003, the show cause matter will be dismissed. Otherwise, your failure to cooperate could result in your removal as guardian which will create further complications with this matter.                                  05 1062

Just send to me the overdue accounting and, if all is in order, I will try to help make the show cause petition go away.

**FILED**

Very truly yours,

MAY 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kenneth V. Geroe
Commissioner of Accounts

KVG/alc

Exhibit 1

### KENNETH V. GEROE
ATTORNEY AND COUNSELLOR AT LAW
VIRGINIA BEACH, VIRGINIA

COMMISSIONER OF ACCOUNTS
CIRCUIT COURT OF VIRGINIA BEACH

ANITA L. CRAFT
LEGAL ASSISTANT



101 NORTH LYNNHAVEN RD., SUITE 101
VIRGINIA BEACH, VIRGINIA 23452-7501
TELEPHONE (757) 340-4747
FACSIMILE (757) 340-0305

December 8, 2003

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Ellen Olivia Dunn
1323 Webster Street, N.E.
Washington, D.C. 20017

Re: Guardianship of Maude O. Dunn

Dear Ms. Dunn:

    Pursuant to the show cause hearing of November 21, 2003, of which you were aware and chose not to be present, the Court, upon its own Motion, issued a Capias for your arrest. I suggest that it might make it easier on you by just turning yourself in.

Very truly yours,

Kenneth V. Geroe
Commissioner of Accounts

KVG/alc

05 1062

# FILED

MAY 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit _H_



VIRGINIA BEACH
GENERAL HOSPITAL
*A Tidewater Health Care Facility*

**PATIENT REGISTRATION** 1

JUL 1 - RECD

DUNN, MAUDE O
1315 GLYNDON DR
VA BEACH, VA  23464
Home: (757) 424-1559  Work: (757)  —
SS#: 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   DOB: 08/03/19  Age:077Y

Occ:                    LOE:        STT:
Employer: RETIRED                Sex: F
UNK                              FC: MC
VA BEACH, VA  23462
Marital Status: M         Race: B

DX: RECTAL BLEEDING
Acct #: 100012277  Med Rec #:    506498
Adm Date/Time: 06/30/97 1206   SVC: OPM

Att Dr.: PIKE, IRVING M.   Dr#: 003510
Adm Dr.: PIKE, IRVING M.   PSR : AAB
Dep Qt:   $0.00  Dep Coll:   $0.00

DUNN, MAUDE O
1315 GLYNDON DR
VA BEACH, VA  23464
Home: (757) 424-1559  Work: (757)  —
Soc Sec #: 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

Occ:                    LOE:
Employer: RETIRED
UNK
VA BEACH, VA  23462
Relationship to Patient: PATIENT IS R

SPOUSE      DUNN, THOMAS
RETIRED
          (000)000-0000

NONE,

          (000)000-0000

Plan: 1MC  Name: MEDICARE PART B
Policy #: 579184222B
Grp Nm:          Grp#:
Sub's Info: DUNN
1315 GLYNDON DR
VA BEACH, VA  23464
Employer: RETIRED
Authorization Number:

Plan: 2BK Name: KEYCARE GOVERNMENT EM
Policy #: R28752783
Grp Nm:          #:
Sub's Info: DUNN
1315 GLYNDON DR
VA BEACH, VA  23464
Employer: RETIRED
Authorization Number:

CHART COMPLETION
G
K
F
A
M

| CODE | DIAGNOSES | CODE | PROCEDURES |
|------|-----------|------|------------|
| 569.3 | PRINCIPAL DIAGNOSES *Normal Colon* | | PRINCIPAL PROCEDURES |
| | *On exam into transvers* | 45378 | *Patient not* |
| | *colon* | | *Does not* |
| | | | |

PHYSICIAN'S ORDERS                    NOTES:

6/30/97 *Star at 5 odr fld w/potass*

(1) *I'll speak to patient's Daught who*

*pt. is ready for D/C*

(2) *KUB*

(3) *Plans dependent on KUB*

ATTENDING PHYSICIANS SIGNATURE      M.D.      DATE      DRG

FILED
MAY 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1062
Exhibit A pg1

6/30/97

BEST COPY



**VIRGINIA BEACH
GENERAL HOSPITAL**
*A Tidewater Health Care Facility*

**DEPARTMENT OF PATHOLOGY**

R. Lawrence Smith, M.D., Valerio M. Gento, M.D., Robert A. Frazier, Jr., M.D.

NAME: DUNN, MAUDE O                              LOCA: ER
                                                 PHY: EMERGENCY PHYS. OF T
SEX:                                             SEX: F
MED REC #: 00506498                              HOSP: 00087517637

### HEMATOLOGY CBC

| | | NORMAL | UNITS |
|---|---|---|---|
| DATE: | 04/21/97 | | |
| TIME: | 1725 | | |
| RBC | 4.70 L | 4.8-10.8 | K/MM3 |
| HGB | 3.69 L | 3.8-5.2 | M/MM3 |
| | | 14.5-15.2 | G/DL |
| HCT | 34.9 | 34.9-45.7 | % |
| MCV | 94.8 H | 80.0-94.0 | FL |
| MCH | 31.8 | 26.8-33.2 | PG |
| MCHC | 32.6 | 32-36 | G/DL |
| RDW | 14.2 | 11-15 | % |
| PLATELETS | 286 | 130-400 | K/MM3 |
| MPV | 7.8 L | 8.5-12.1 | FL |
| POLYS (SEGS) | 56 | 46-81 | % |
| LYMPHOCYTES | 29 | 19-47 | % |
| MONOCYTES | 8 | 1-11 | % |
| EOSINOPHILS | 6 | 1-5 | % |
| BASOPHILS | 1 | 0-2 | % |

### CHEMISTRY

| | | NORMAL | UNITS |
|---|---|---|---|
| DATE: | 04/21/97 | | |
| TIME: | 1725 | | |
| SODIUM | 144 | 136-146 | MEQ/L |
| POTASSIUM | 3.7 | 3.4-5.0 | MEQ/L |
| CHLORIDE | 106 | 100-108 | MEQ/L |
| CO2 | 24 | 24-32 | MEQ/L |
| GLUCOSE | 145 H | 60-110 | MG/DL |
| BUN | 11 | 7-22 | MG/DL |

Exhibit H page 2

END OF REPORT        FINAL REPORT

04/21/97 19:02

BEST COPY

### VIRGINIA BEACH GENERAL HOSPITAL
### EMERGENCY PHYSICIANS OF TIDEWATER

6 8 6 061

**PATIENT NAME:** DUNN, MAUDE    **MED #:**    **SSN:** 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
**Date of Service:** 04/21/97    **Time Seen:**

**CHIEF COMPLAINT:** Violent behavior, sleepless.

**PREHOSPITAL CARE/EMS CONTROL:**

**HISTORY OF PRESENT ILLNESS:** Mrs. Dunn is a 77-year-old female who has Alzheimer's disease. According to her daughter, she has been doing fairly well. Dr. Adelheit started her on something called Aricept which is a new drug for Alzheimer's. Since starting the Aricept, the daughter noticed that she had been restless, not eating, sleeping less. She stopped the medicine on Saturday night. On Sunday, the woman became very violent, starting throwing furniture, using knives, actually cut some electric wires. The daughter said that the episodes come and go and that in-between the episodes of violence that she will be calm. Today she was still acting abnormal, very withdrawn, not talking but has eaten a little bit. The daughter is concerned about her safety and the safety of her mother. She is concerned that it might clear with stopping the Aricept, however, she does not think that this is really the cause of it. She says that the Aricept was not particularly helping, but she is very concerned about the violent behavior. The mother has not been violent today but she has been very withdrawn and acting much more abnormal.
**REVIEW OF SYSTEMS:**
**PAST MEDICAL HISTORY:** Alzheimer's disease. Medications are only Aricept and Premarin. She stopped the Aricept on Saturday night.

**FAMILY HISTORY:** Noncontributory.

**SOCIAL HISTORY:** She lives with her daughter who is a very caring individual and would like to stay with her mother.

**PHYSICAL EXAM:** In the ER, the patient is very placid. VITAL SIGNS: Afebrile, pulse 96, respirations 16, blood pressure 130/47. The patient is awake, alert and answers questions appropriately, smiles, appears to be a very gentle woman. Pupils are equal, round and reactive to light and accommodation. Extraocular movements are intact. TMs are clear. Neck is supple. Lungs are clear with good breath sounds. Heart has a regular rate and rhythm with no murmurs, rubs or gallops. Abdomen is soft, nontender, with normoactive bowel sounds. Neuro: Glasgow coma score is 15. Cranial nerves II through XII are intact. Good strength in all extremities. No anesthesia, weakness. Reflexes are full and equal.

**IMPRESSION/DIFFERENTIAL DIAGNOSIS:** Evaluation of violent behavior in a lady that is not now on Aricept. I looked up Aricept in the one of the booklets, since it is a new drug, it is not actually in the PDR. It says that some of the bad affects are nausea, diarrhea, insomnia, vomiting, muscle cramps, fatigue and anorexia but does not describe violent behavior. I suspect that since she has been off the medicine when she had these abnormal reactions that it was more a progression of her Alzheimer's. I am going to call Virginia Beach Psychiatric and have them evaluate her for possible admission since she is indeed dangerous to herself and others. We will check a CBC and a SMA-6 to rule out any physiologic problems.

**ANCILLARY SERVICES:** WBC 4.7, hemoglobin 11.7, platelet count 284, 56 polys, 28 lymphs, 11 monos. Sodium 144, potassium 3.7, chloride 106, $CO_2$ 29, glucose 145, BUN 11.
**EMERGENCY DEPARTMENT COURSE AND TREATMENT:** The patient remained very placid in the emergency department. I called one of the comprehensive mental health workers to evaluate her because of her prior episode of violence and I feel that she may be dangerous to herself and her daughter and that is her daughter's concern. She has stopped the _____ and I really do not think this is what caused her violent behavior. I think that it is just progression of her Alzheimer's. She is going to be admitted to Virginia Beach Psych for observation and medication control until we are sure that she no longer exhibits anymore violent behavior. Her daughter would very much like to have her come back home.
**PROCEDURE:**
**DISCHARGE/DISPOSITION:** Virginia Beach Psych.

**CONDITION ON DISCHARGE:** Good.

**FINAL DIAGNOSIS:** Alzheimer's disease and violent behavior.

Exhibit H page 3

SUZANNE S. LOVE, M.D.

SSL/lb/rg
DD:DT:JOB:   042197:042297:3004:3085

BEST COPY

MEDICAL RECORDS

VIRGINIA BEACH
GENERAL HOSPITAL
A Tidewater Health Care Facility

**EMERGENCY ROOM RECORD**

No. 686461

ALLERGIES

NKDA

1900 Evan pri D. Looe 1720 hub discon pri
Pick 1830 VBPR. crisis worker here ē pt.
1930 TO VBPC. via 20V occompanied by daughter
left ē Waiting for copy of chart.

☐YES ☐NO  WRITTEN DISCHARGE INSTRUCTIONS

DISCHARGE CONDITION  ☐STABLE ☐AMB. ☐w/c  ▶NURSES SIGNATURE▶

PHYSICIANS ORDERS:

TO V3 PSYCH

ORDERS
☐AMYLASE
☑CBC
☐MONO
☒SMA 6
☐ETOH

☐BLOOD C&S
☐UA ☐C&S
☐EKG
☐ABG
☐TC ☐RPD
☐GM ST
☐WET PREP
☐TM
☐PREG.U/S
☐BHCG
☐IVP
☐U S

☐CT HEAD ☐W ☐W/F
☐SKULLS
☐C.SPINE ☐LAT ☐FULL
☐LS SPINE
☐CXR ☐PORT ☐PA on V
☐HIP ☐L ☐R
☐KNEE ☐L ☐R
☐ANKLE ☐L ☐R
☐FOOT ☐L ☐R
☐WRIST ☐L ☐R
☐HAND ☐L ☐R
☐KUB ☐F & U

HISTORY & PHYSICAL

EMS CONTROLLED ☐

EMP

DIAGNOSIS  ALZHe. m. /Violent

DISPOSITION

PHYSICIANS SIGNATURE

| DATE | ATTENDING PHYSICIAN NAME & NO. | PRIVATE PHYSICIANS NAME & NO. | MEANS OF ARRIVAL | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| 04/21/1997 | EPT, M.D. 001450 | EDELHEIT, DONAL 001410 | C | 16:23 | 1930 |

DUNN, MAUDE O.          331V
1415 GLYNDON DR
VA BEACH VA  23464    3/29

| SOCIAL SECURITY NO. | COMPLAINT | | | | | |
|---|---|---|---|---|---|---|
| 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 | NEW MED, SLEEPLESS, VIOLENT | | | | | |
| HOME PHONE | BIRTH DATE | AGE | R | S | MS | |
| (757)424-1559 | 08/03/19 | 077Y | B | P | M | MC |
| OCCUPATION | EMPLOYER | | | | | |
| RETIRED | RETIRED | | | | | |

DUNN, THOMAS
1  RETIRED

WORK PHONE  (   )000-0000 (   )   -

ACCIDENT DATE & TIME

CONTACT II  NONE TO GIVE,

PHONE (   )000-0000

RELATIONSHIP  TEMPORARY

Exhibit H page 4

| INS I | PRIM PL. INSURANCE CO. | POLICY NUMBER | GROUP NUMBER | SUBSC |
|---|---|---|---|---|
| | MC2  MEDICARE PART B | 579184222B | | DUNN, MAUDE O. |
| INS II | BC2  BLUE CROSS SECONDA | R28752783 | 104 | DUNN, MAUDE O |

| RELATIONSHIP | GUARANTOR NAME | ADDRESS | PHONE |
|---|---|---|---|
| 01 | DUNN, MAUDE O. | 1415 GLYNDON DR | (757)424-155 |

| CITY | STATE | ZIP | SOCIAL SECURITY NO. | P.O.B. | EMPLOYER | PHONE |
|---|---|---|---|---|---|---|
| VA BEACH | VA | 23464 | 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 | | RETIRED | |

EMPLOYER ADDRESS

CITY

BEST COPY

| MEDICAL RECORDS NO. | ACCOUNT NUMBER |
|---|---|
| 596498 | 087517637 |

## VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF VIRGINIA BEACH

IN THE MATTER GUARDIANSHIP  :
OF MAUDE DUNN  :

IN CHANCERY NO._____

### MEDICAL ASSESSMENT OF MAUDE DUNN

1. This report has been prepared at the request of the family of my patient Maude Dunn and is being submitted to the Circuit Court of the City of Virginia Beach.

2. Maude Dunn has been my patient since 2/23/00.

3. At that time, Ms. Dunn had significant dementia. Her daughter recognized her mother needed medical assistance.

4. Over a period of almost three years, I see Ms. Dunn every three months. In addition, her daughter contacts my office if she has any concerns.

5. Mrs. Dunn's symptoms are treated with the following medications: Trazadone, Exelon, Depakote.

6. My medical opinion of her current condition is Dementia with Lewy Bodies.

7. My assessment of the family situation with her daughter is very positive. The quality of care is excellent; the patient thrives in this home environment.

8. If you have any questions about Mrs. Dunn's medical condition, you may contact me at (202) 784-6671.

Paul S. Aisen, MD
Professor of Neurology

6/26/05

05 1062

**FILED**

MAY 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit ___

Page 1 of 1



**U.S. Department of Justice**

Civil Rights Division

_____

*Disability Rights Section-NYA*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

May 24, 2005


Ellen Dunn
1323 Webster Street, NE
Washington, DC 20017


Dear Ms. Dunn:

    The Civil Rights Division has received your correspondence 212382.

    The circumstances you describe do not appear to raise an issue that we are able to address. Nor are we aware of any other component of the Department of Justice or other Federal agency that would have authority to handle the matter you have described.


    We regret that we are unable to assist you further.



                        Sincerely,

                        Barb Bracy
                    Paralegal Specialist
                    Disability Rights Section


                                        05 1062


                                        **FILED**

                                        MAY 2 6 2005

                            NANCY MAYER WHITTINGTON, CLERK
                                    U.S. DISTRICT COURT


doc: 212382
DJ: 204-16-0
H:\lquinlan\myfiles\E2\24MAY2005.wpd
chrono: records:

                                        Exhibit 2



# COMMONWEALTH of VIRGINIA

*Office of the Attorney General*
*Richmond 23219*

Jerry W. Kilgore
Attorney General

900 East Main Street
Richmond, Virginia 23219
804 - 786 - 2071
804 - 371 - 8946 TDD

May 20, 2003

Ellen O. Dunn
1323 Webster Street, N.E.
Washington, D.C. 20017

     Re:    Dunn, inquiry concerning Guardian for Maude O. Dunn

Dear Ms. Dunn:

    I am in receipt of your letter dated April 19, 2003, concerning documents filed in the Circuit Court of the City of Virginia Beach, particularly a draft Order for the appointment of a Guardian for Maude O. Dunn. I am writing to you as a Senior Assistant to Attorney General Kilgore in the Civil Litigation Division of the Office.

    The Attorney General appreciates the concern that led you to bring this matter to our attention.

    Please understand that this Office functions primarily as the law firm for state government. In this capacity, it advises state officials and represents the various state agencies and departments. State law, conflict of interest rules and other policy considerations prevent the Attorney General from offering legal advice or representation to private individuals or corporations.

    The matter you address is before the Circuit Court in Virginia Beach. You might consider seeking a lawyer in the private sector to help you with this inquiry.

    From your letter, I gather that you are upset that the Clerk of Court, or his Assistant, has certified a document that does not contain the signature of the Judge handling the matter. You are justly concerned. This means, based upon my experience and training, that the Clerk is only certifying that this document was filed among the records of the Court, apparently by Mr. Joseph W. Hood, Jr., Esq. seeking the appointment of his client, Sonya Lee Ann Powell, as Guardian. It is of no legal effect until the execution by signature and dating of a Judge. It is the equivalent of a request, without any indication that such request has been granted. Perhaps, with a telephone call you might now obtain from Frederick C. Jenke, III, Clerk of the Court, Virginia Beach,

# FILED

MAY 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit _K page 1_

05 1062

757/427-4191, the "final order" of the Court (the Judge) entered in this matter. That would be of legal significance. Or perhaps no Order was entered? Then, there is no Guardian.

In closing, thank you again for writing. I hope this information will be helpful to you.

Very truly yours,

Sydney E. Rab, Esq.
Sr. Assistant Attorney General

Exhibit _K pag-2_