IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maude Dunn, et. Al. )<br>)<br>Petitioner (s) )<br>)<br>v. )<br>)<br>)<br>)<br>Ms. Jo Anne Barnhart, et. Al. )<br>)<br>Respondent(s) )<br>) | Civil Action Number 05 1062 JR<br><br>**MOTION FOR<br>TEMPORARY RESTRAINING<br>ORDER** |

Pursuant to Federal Rules of Civil Procedure 65, plaintiffs move for a temporary restraining order to terminate the restrictive payment arrangement and administrative restrictions surrounding Maude Dunn's social security and OPM retirement benefits pending final resolution of this matter on its merits. Plaintiffs further requests waiver of the requirement for posting security for payment of any costs or damages incurred by defendants as a results of the temporary restraining order.

Maude Dunn is 85 years old, suffering from dementia and balance issues that impede her walking. She is currently under excellent medical care and in the custody of her daughter (Ellen Dunn), who is her full time caregiver. Her retirement benefits are

being depleted to care for real estate, for which she has became the sole survivor. She also has liability for this property.

Because of the complaint and the defendants refusal to acknowledge the Title II ADA violation, Ellen Dunn is blocked from lawfully managing her retirement benefits.

This motion is based on the attached complaint. Expedited consideration is required. The plaintiffs have provided notice to defendants by fax on this date.

Exhibits

*/s/ Maude Dunn* 5/25/2005

Maude Dunn

*/s/ Ellen O. Dunn* 5/27/2005

Ellen Dunn
1323 Webster Street, N.E.
Washington, DC 20017
202-526-6816

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maude Dunn, et. Al. | ) |
|        Petitioner (s) | ) |
|        v. | ) Civil Action Number 05 1062 JR |
| | ) **LOCAL RULE 65.1** |
| Ms. Jo Anne Barnhart, et. Al. | ) |
|        Respondent(s) | ) |

Pursuant to Local Rule 65.1, a copy of the motion for Temporary Restraining Order and Complaint were faxed to the defendants for the attention of General Counsel (Urgent read) early in the morning on May 27, 2005.

*/signature/*

Maude Dunn

*/signature/*

Ellen Dunn

1323 Webster Street, N.E.
Washington, DC 20017
202-526-6816