**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MAUDE DUNN, *et al.*,                    :
                                          :
            Plaintiffs,                   :
                                          :
      v.                                  : Civil Action No. 05-1062 (JR)
                                          :
JO ANNE BARNHART, Commissioner,           :
Social Security Administration,           :
*et al.*,                                 :
                                          :
            Defendants.                   :

**FILED**

**MAY 2 7 2005**

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's application for a temporary restraining

order reflects plaintiff's attempt to comply with Local Civil

Rule 65.1(a), but no service has apparently been effected upon

the Office of the United States Attorney for the District of

Columbia, as required by Rule 4 of the Federal Rules of Civil

Procedure.  The application papers are not sworn or verified as

required by Rule 65(b) of the Federal Rules of Civil Procedure.

These procedural omissions are by no means fatal to plaintiff's

claim for relief, especially as she appears here pro se, but, on

the Friday afternoon before the Memorial Day weekend, they do

make it impossible as a practical matter for her application to

be heard immediately.  The application papers themselves in any

event do not describe an emergency situation so imminent and

dangerous as to require the entry of an ex *parte* order to

maintain the status quo.  The application for temporary

restraining order is accordingly **denied.**  It will be deemed a

motion for preliminary injunction, and the Clerk is directed to
set the motion down for hearing on an expedited basis, i.e.,
within 20 days of the date of its filing, in accordance with
Local Civil Rule 65.1(d).

JAMES ROBERTSON
United States District Judge

- 2 -