IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maude Dunn and Ellen Dunn<br>1323 Webster Street, N.E.<br>Washington, D.C. 20017<br>202-526-6816<br>    Plaintiff(s) | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action Number 05 1062 JR<br>)<br>) **MOTION TO CORRECT**<br>) **RECORD** |
| Ms. Jo Anne Barnhart<br>Commissioner<br>Social Security Administration<br>6401 Security Boulevard<br>Suite 152<br>Altmeyer Building<br>Baltimore, MD 20235 | |
| Ms. Kay Coles James<br>Director<br>Office of Personnel Management<br>1900 E Street, NW.,<br>Washington, DC 20415 | |
| Mayor Anthony Williams<br>District of Columbia<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, NW<br>Washington, DC 20004 | |
| Mr. Kenneth D. Lewis<br>Chairman/CEO<br>Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255 | |

RECEIVED
JUN - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Alberto Gonzales<br>U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br><br>Kenneth Wainstein<br>U.S. Attorney<br>U.S. Attorney for the District of Columbia<br>555 4th Street, N.W.<br>Washington, DC 20001<br><br>                              Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION

COMES NOW the plaintiff(s), Maude Dunn and Ellen Dunn are filing this motion to correct the list of defendants on the original complaint. The original complaint, and Temporary Restraining Order (TRO) were properly served to all addresses, including the U. S. Attorney and U.S. Attorney General. The summons is being served properly to all parties. The plaintiffs inadvertently omitted the U.S. Attorney and U.S. Attorney General's name from the complaint and TRO.

The plaintiffs respectfully regret any inconvenience caused the court by this error. Exhibit A contains the corrected complaint. Exhibits B and C provide a fax record and U.S. Postal Delivery record, respectively, of delivery of the complaint to the defendants named in the complaint.

The complaint is also being served by process server in accordance with the FRCP. We certify that the afore-mentioned statements are true to the best of our ability.

2

Respectfully submitted,

plaintiffs

DATED: *June 9, 2005*

_____
Ellen Dunn


_____
Maude Dunn