**HEWLETT PACKARD** *hp officejet d series*

Page 1
Ellen Dunn
Friday, May 27, 2005 9:45:28 AM

**Sent**

| Date | Duration | Name | Fax Number | Pages | Status |
|---|---|---|---|---|---|
| 5/27/05 7:23 AM | 6:52 | General Counsel | 17043866699 | 27 | Completed |
| 5/27/05 7:11 AM | 3:38 | General Counsel | 17043866699 | 20 | Completed |
| 5/27/05 6:46 AM | 6:16 | General Counsel Mayor | 7270505 | 27 | Completed |
| 5/27/05 6:24 AM | 3:07 | General Counsel (Mayor) | 727-0505 | 27 | Error: Communication |
| 5/27/05 5:59 AM | 3:51 | General Counsel (Mayor) | 727-0505 | 20 | Completed |
| 5/27/05 5:46 AM | 5:01 | US Attorney Justice Depart | 5141104 | 27 | Completed |
| 5/27/05 5:23 AM | 0:00 | General Counsel Mayor | 7275504 | 19 | Error: No answer |
| 5/27/05 5:12 AM | 0:00 | General Counsell Mayor | 7275054 | 20 | Error: No answer |
| 5/27/05 4:56 AM | 4:43 Gov | Senator Warner | 18043716351 | 27 | Completed |
| 5/27/05 3:41 AM | 2:55 Gov | Senator Warner | 18043716351 | 20 | Completed |
| 5/27/05 2:49 AM | 2:37 | US Attorney Justice Depart | 5141104 | 20 | Completed |
| 5/27/05 2:30 AM | 10:27 | US Attorney District of Columbia | 3073569 | 27 | Completed |
| 5/27/05 1:54 AM | 5:45 | US Attorney District of Columbia | 3073569 | 20 | Completed |
| 5/27/05 1:38 AM | 6:13 | General Counsel (SSA) | 14105970071 | 27 | Completed |
| 5/27/05 1:25 AM | 3:01 | General Counsel (SSA) | 14105970071 | 20 | Completed |
| 5/27/05 1:08 AM | 6:49 | General Counsel | 4183251 | 26 | Completed |
| 5/27/05 12:46 AM | 3:27 | General Counsel | 4183251 | 20 | Completed |