Exhebit C



U.S. Postal Service Signature Confirmation Receipt

SIGNATURE CONFIRMATION NUMBER:

2301 3460 0001 1295 5013

PS Form 153, July 2001

Postage and Signature Confirmation fees must be paid before mailing.
Article Sent To (to be completed by mailer)

Mayor-Williams, D.C.
1350 PA Ave, NW, John A. Wilson Bldg
Washington DC 20004

Waiver of Signature
☐ YES    ☐ NO

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail®
☐ Package Services

(See Reverse)

 **UNITED STATES POSTAL SERVICE**®

Home

## Track & Confirm

### Shipment Details

You entered 2301 3460 0001 1295 5013

Your item was delivered at 3:22 pm on May 31, 2005 in WASHINGTON, DC 20004. The item was signed for by R WALLS.

Here is what happened earlier:

- ACCEPTANCE, May 27, 2005, 3:46 pm, WASHINGTON, DC 20017

**Track & Confirm**
Enter label number:



Track & Confirm FAQs 

### Notification Options

▷ **Track & Confirm by email**   What is this?   
▷ **Request Proof of Delivery**   What is this?

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy





**U.S. Postal Service Signature Confirmation Receipt**

SIGNATURE CONFIRMATION NUMBER:

2301 3460 0001 1295 5020

PS Form 153, July 2001

Postage and Signature Confirmation fees must be paid before mailing.
Article Sent to: (To be completed by mailer)

Waiver of Signature
☐ YES ☐ NO

Ms. Lou Coles James Durran
1600 E Street, NW
WASHINGTON, DC 20463

BROOKLAND
MAY 27 2005
WASHINGTON DC 20017
USPS
Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY):
☐ Priority Mail®
☐ Package Services

(See Reverse)

 **UNITED STATES**
**POSTAL SERVICE**®

# Track & Confirm

## Current Status

You entered 2301 3460 0001 1295 5020

Your item was delivered at 8:45 am on June 01, 2005 in WASHINGTON,
DC 20415 to OPM 20415 R7. The item was signed for by A D GRIER.

 Shipment Details >

### Track & Confirm
Enter label number:

 

Track & Confirm FAQs 

## Notification Options

▷ **Track & Confirm by email**   What is this?    Go >
▷ **Request Proof of Delivery**   What is this?   Go >

 POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service Signature Confirmation Receipt

SIGNATURE CONFIRMATION NUMBER:
2301 3460 0001 1295 5037

PS Form 153, July 2001

Postage and Signature Confirmation fees must be paid before mailing.
Article Sent To: (To be completed by mailer)
(please print clearly)

Ms. Jo Anne Barnhart, Com.
SSA 6401 Sea Blvd, Ste 152
Baltimore MD 20235

Waiver of Signature: □ Yes  □ No

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY):
□ Priority Mail®
□ Package Services

(See Reverse)

 **UNITED STATES POSTAL SERVICE**℠



Home

## Track & Confirm

**Current Status**

You entered 2301 3460 0001 1295 5037

Your item was accepted at 3:43 pm on May 27, 2005 in WASHINGTON, DC 20017. Information, if available, is updated every evening. Please check again later.

**Notification Options**

▷ **Track & Confirm by email**    What is this?    *Go>*
▷ **Request Proof of Delivery**    What is this?    *Go>*

**Track & Confirm**
Enter label number:

 *Go>*

Track & Confirm FAQs   *Go>* 

 POSTAL INSPECTORS
Preserving the Trust

**site map   contact us   government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service Signature Confirmation Receipt**

SIGNATURE CONFIRMATION NUMBER:

2301 3460 0001 1295 5044

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To: (To be completed by mailer)

Waiver of Signature ☐ Yes ☐ No

Mr. Kenneth Lewis / Chairman / CEO
B of A, 100 NorthTryon St.
Charlotte, NC 28255

BROOKLAND STA
WASHINGTON DC 20017
USPS
Postmark
MAY 27 2005

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail®
☐ Package Services

PS Form 153, July 2001

(See Reverse)

 **UNITED STATES POSTAL SERVICE**®

<span style="float:right">**Home**</span>

# Track & Confirm

### Shipment Details

You entered 2301 3460 0001 1295 5044

Your item was delivered at 7:40 am on May 31, 2005 in CHARLOTTE, NC 28255 to BANK OF AMERICA28255. The item was signed for by T MCCULLOUGH.

Here is what happened earlier:

- ARRIVAL AT UNIT, May 31, 2005, 4:09 am, CHARLOTTE, NC 28208
- ACCEPTANCE, May 27, 2005, 3:42 pm, WASHINGTON, DC 20017

---

### Notification Options

▷ **Track & Confirm by email**   What is this?   
▷ **Request Proof of Delivery**   What is this?

**Track & Confirm**
Enter label number:

 Go>

Track & Confirm FAQs    Go>

POSTAL INSPECTORS
Preserving the Trust



site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service Signature Confirmation Receipt

SIGNATURE CONFIRMATION NUMBER:

2301 3460 0001 1295 5051

Postage and Signature Confirmation fees must be paid before mailing.
Article Sent To: (To be completed by mailer)
(Please Print Clearly)

Greg Warren, Care Of Bldg
1181 East Brisbane St
Richmond, CA 23319

Waiver of Signature
☐ Yes  ☐ No

POSTMARK
BROOKLAND STA. WASHINGTON DC 20017
USPS
MAY 27 2005

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY):
☐ Priority Mail®
☐ Package Services

PS Form 153, July 2001    (See Reverse)

 **UNITED STATES POSTAL SERVICE®**

<u>**Home**</u>

## Track & Confirm

### Shipment Details

You entered 2301 3460 0001 1295 5051

Your item was delivered at 3:19 pm on May 31, 2005 in RICHMOND, VA 23219. The item was signed for by R KENNEDY.

Here is what happened earlier:

- NOTICE LEFT, May 28, 2005, 2:25 pm, RICHMOND, VA 23219
- ACCEPTANCE, May 27, 2005, 3:41 pm, WASHINGTON, DC 20017

### Notification Options

▷ **Track & Confirm by email**    <u>What is this?</u>    
▷ **Request Proof of Delivery**    <u>What is this?</u>    

 **Track & Confirm**
Enter label number:



Track & Confirm FAQs

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service Signature Confirmation Receipt

SIGNATURE CONFIRMATION NUMBER:
2301 3460 0001 1295 5077

PS Form 153, July 2001

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To (To be completed by mailer)

U.S Attorney General
950 Pennsy Ave. NW
Wash DC 20530

Waiver of Signature ☐ YES ☐ NO

BROOKLAND STA WASHINGTON
Postmark Here
MAY — 2005
DC 20017
USPS

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail®
☐ Package Services

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

(See Reverse)

 **UNITED STATES POSTAL SERVICE®**

<u>Home</u>

## Track & Confirm

### Shipment Details

You entered 2301 3460 0001 1295 5099

Your item was delivered at 4:37 am on June 01, 2005 in WASHINGTON, DC 20530 to JUSTICE 20530 PU. The item was signed for by J MCBRYDE.

Here is what happened earlier:

- NOTICE LEFT, June 01, 2005, 2:36 am, WASHINGTON, DC 20530
- ARRIVAL AT UNIT, June 01, 2005, 2:13 am, WASHINGTON, DC 20022
- ACCEPTANCE, May 27, 2005, 3:40 pm, WASHINGTON, DC 20017

**Track & Confirm**

Enter label number:





Track & Confirm FAQs

### Notification Options

▷ **Track & Confirm by email**   <u>What is this?</u>   
▷ **Request Proof of Delivery**   <u>What is this?</u>

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy





U.S. Postal Service Signature Confirmation Receipt

SIGNATURE CONFIRMATION NUMBER:
2301 3460 0001 1295 5075

PS Form 153, July 2001

Postage and Signature Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

(Please Print Clearly)

Waiver of Signature ☐ No

U.S Attorney for DC
555 4th St NW
Wash DC 2000?

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail®
☐ Package Services

(See Reverse)

BROOKLAND STA WASHINGTON
Postmark
Here
MAR 21 2005
DC 20017
USPS

 **UNITED STATES POSTAL SERVICE®**

## Track & Confirm

**Current Status**

You entered 2301 3460 0001 1295 5075

Your item was accepted at 3:39 pm on May 27, 2005 in WASHINGTON, DC 20017. Information, if available, is updated every evening. Please check again later.

**Notification Options**

▷ **Track & Confirm by email**    What is this?    *Go >*
▷ **Request Proof of Delivery**    What is this?    *Go >*

**Track & Confirm**

Enter label number:

*Go >*

Track & Confirm FAQs    *Go >*

 **POSTAL INSPECTORS**
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy