IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAUDE DUNN, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No: 1:05CV01062 |
| SOCIAL SECURITY ADMINISTRATION, et al. | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

Please enter the appearances of Jefferson V. Wright, Donald E. English, Jr. and Miles & Stockbridge P.C. as counsel on behalf of Defendant, Bank of America, in the above-referenced matter.

Respectfully submitted,

_/s/ Jeff Wright/DC_
Jefferson V. Wright

_/s/ Donald E. English_
Donald E. English, Jr.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant,
Bank of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2005, that a copy of the foregoing **Entry of Appearance** was mailed, postage prepaid, to:

>Maude Dunn, *pro se*
>Ellen Dunn, *pro se*
>1323 Webster Street, N.E.
>Washington, D.C. 20017
>
>Jo Anne Barnhart, Commissioner
>Social Security Administration
>6401 Security Boulevard
>Suite 152, Altmeyer Building
>Baltimore, Maryland 21235
>
>Kay Coles James, Director
>Office of Personnel Management
>1900 E Street, N.W.
>Washington, D.C. 20415
>
>Governor Mark R. Warner
>Executive Office Building, 3rd Floor
>1111 East Broad Street
>Richmond, Virginia 23219
>
>Mayor Anthony Williams
>District of Columbia
>John A. Wilson Building
>1350 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004

*Donald E. English, Jr.*

957465