**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MAUDE DUNN, *et al.*,                      :
                                           :
    Plaintiffs,                       :
                                           :
  v.                                     : Civil Action No. 05-1062 (JR)
                                           :
JO ANNE BARNHART, Commissioner,            :
Social Security Administration,            :
*et al.*,                                  :
                                           :
    Defendants.                       :

**ORDER OF DISMISSAL**

    For the reasons stated in open court on June 14, 2005, this action is dismissed for lack of subject matter jurisdiction. The dismissal is without prejudice. This is a final, appealable order.


                                      JAMES ROBERTSON
                            United States District Judge