RECEIVED
JUN 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maude Dunn and Ellen Dunn<br>1323 Webster Street, N.E.<br>Washington, D.C. 20017<br><br>    Plaintiff(s)<br><br>Ms. Jo Anne Barnhart<br>Commissioner<br>Social Security Administration<br>6401 Security Boulevard<br>Suite 152<br>Altmeyer Building<br>Baltimore, MD 20235<br><br>Ms. Kay Coles James<br>Director<br>Office of Personnel Management<br>1900 E Street, NW.,<br>Washington, DC 20415<br><br>Governor Mark R. Warner<br>Executive Office Building, 3rd Floor<br>1111 East Broad Street<br>Richmond, Virginia 23219<br><br>Mayor Anthony Williams<br>District of Columbia<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>Mr. Kenneth D. Lewis<br>Chairman/CEO<br>Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255<br><br>Alberto Gonzales<br>U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action Number: 05-1062 (JR)<br>) ~~CV-01062-JR~~<br>) MOTION<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED
JUN 1 7 2005
Judge Robertson

7/12/05
Let this be filed
[signature]
USDJ

JUDGE'S COPY
JUN 1 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
Kenneth Wainstein                           )
U.S. Attorney for the District of Columbia  )
555 4th Street, N.W.                        )
Washington, DC 2001                         )
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )
                Defendant(s)                )
```

## FOLLOW-UP MOTION ON REQUEST TO APPOINT GUARDIAN AD LITEM/MASTER

COMES NOW the plaintiff(s), Maude Dunn and Ellen Dunn, appearing Pro Se, and having filed a complaint request follow up status by the court concerning the appointment a Guardian ad Litem for Maude Dunn, currently an incompetent person, to protect her interests and appoint a special master to oversee and represent plaintiff in this complex case during the appeal process.

No response was made to our motion dated May 26, 2005 to appoint an Guardian Ad litem and Master. The court conducted a hearing without providing representation to protect Maude Dunn's legal interests in accordance with Federal Rules of Civil Procedure, Rule 17© Infants or Incompetent Persons and Title II to the Americans with Disabilities Act. We also seek an official copy of the transcript of the hearing held on June 14, 2005, for appeal considerations and other on-going actions. We would appreciate having the contact person to arrange the purchase of the transcript.

Ellen Dunn _____ Date _____ Page    2

Statements were made to the federal judge during the hearing that appear to untrue and put Maude Dunn and Ellen Dunn at risk and influenced your ruling. We fear that Virginia's comments were made in a federal court to intimidate and threaten us. In accordance with Title 18 USC federal reporting requirement we are notifying the court. Based on public documents (Exhibit A) and other evidence, Maude Dunn and Ellen Dunn make a second motion request for a Guardian ad Litem and Master to protect Maude Dunn's legal interest during this process. There is no public record of allegations made by the Virginia legal representative as shown on the enclosure. While this is not absolute the Rules of Evidence indicate that public records may challenge the authenticity of evidence.

The Supreme Court in *Tennessee v. Lane*, 541 U.S. _____ (2004), established that Congress has the right to abrogate Virginia's sovereign immunity to preserve "the well-established due process principle that, "within the limits of practicability, a State must afford to all individuals a meaningful opportunity to be heard" in its courts. As it applies to the class of cases implicating the fundamental right of access to the courts, the supreme courts states that Title II constitutes a valid exercise of Congress' authority under §5 of the Fourteenth Amendment to enforce that Amendment's substantive guarantees.

We also ask the court again, pursuant to Federal Rules of Civil Procedure Rule 53, Maude Dunn and Ellen Dunn also request the appointment of a Master. The "Right to due process" and its application to individuals under Title II to the Americans with Disabilities Act, it is important to appoint a Master. The Master under the appointing order has the authority to regulate proceedings and take all appropriate measures to perform fairly and efficiently the assigned duties.

Ellen Dunn _____ Date _____ Page    3

Again the purpose of the Guardian Ad litem and Master is to provide Maude Dunn a meaningful opportunity for her interests to be heard. We ask you to reconsider affording Maude Dunn legal protection. In accordance with the supreme court ruling, Tennessee vs. Lane, the historical experience that Title II reflects is also documented in the decisions of supreme and other courts, which have identified unconstitutional treatment of disabled persons by state agencies in a variety of public programs and services. With respect to the particular services at issue, assignment of a Guardian Ad litem, based on her disability and the complexity of the situation is a reasonable accommodation.

Ellen Dunn's one and only concern is that the Federal court will protect her mother and her mother's interest during this procedure and she prays that they court will honor their motion. Because of Virginia's actions in court, we have also talked to the FBI and are providing them documents to ensure that Maude Dunn's civil rights are no further violated and she is safe. We also note that one of the defendants, District of Columbia or their legal representative, was not present at the hearing.

Respectfully submitted,

Exhibit

plaintiffs

DATED: *June 15, 2005*

_____
Ellen Dunn

_____
Maude Dunn

Ellen Dunn _____ Date 6/15/05 Page    4

# Virginia Courts Case Information

Scroll Previous     Scroll Forward     Main Menu     Log Off

### Virginia Beach Circuit - Criminal Division
Click on Case Number for Details

| Case Number | Defendant | Charge | Filed | Status |
|---|---|---|---|---|
| CR90002674-01 | DUNN, DAVID | ROBBERY:NAVARRET | 11/05/90 | Guilty Plea |
| CR90002674-02 | DUNN, DAVID | VIOLATION PROBAT | 01/18/96 | Concluded |
| CR90000783-01 | DUNN, EMMETT CHARLES | POSS SAW-OFF SHO | 04/02/90 | Nolle Prosequi |
| CR94001803-01 | DUNN, FATERRIO JAJAUN | RAPE:DUMOLT | 07/05/94 | Concluded |
| CR97001158-00 | DUNN, FRANK LEE | PETIT LARCENY | 04/07/97 | Guilty Plea |
| CR97001158-01 | DUNN, FRANK LEE | GRAND LARCENY | 04/07/97 | Guilty Plea |
| CR97001158-02 | DUNN, FRANK LEE | GRAND LARCENY | 04/07/97 | Guilty Plea |
| CR96002281-00 | DUNN, FRANK LEE JR. | PETIT LARCENY | 07/01/96 | Guilty Plea |
| CR04002436-00 | DUNN, FRANK LEE; SR | FAIL TO PERFORM | 06/23/04 | Guilty Plea |
| CR04002466-00 | DUNN, FRANK LEE; SR | FAIL TO PERFORM | 06/23/04 | Guilty Plea |
| CR04004860-00 | DUNN, FRANK LEE; SR. | FAIL TO PERFORM | 12/08/04 | Guilty Plea |
| CR04004860-01 | DUNN, FRANK LEE; SR. | CONSTRUCTION FRA | 12/08/04 | Guilty Plea |
| CR04004860-02 | DUNN, FRANK LEE;SR. | CONSTRUCTION FRA | 12/08/04 | Guilty Plea |
| CR05000933-00 | DUNN, FRANKIE LAMONT | DEFECTIVE EQUIPM | 03/10/05 | Guilty Plea |
| CR05000933-01 | DUNN, FRANKIE LAMONT | NO OL IN POSSESS | 03/10/05 | Dismissed |
| CR04002623-00 | DUNN, GARY BRYAN | ELUDING POLICE - | 07/08/04 | Guilty Plea |

Scroll Previous     Scroll Forward     Main Menu     Log Off

tp://208.210.219.132/vacircuit/criminalnamelist.jsp;jsessionid=00004LU1JYOKACEVV3VUMDAVY...   6/15/2005

## CERTIFICATE OF SERVICE

This service certifies that the attached motion for Maude and Ellen Dunn were delivered as indicated to the following addresses on June 16, 2005 as shown.

| | |
|---|---|
| Ms. Jo Anne Barnhart<br>Commissioner<br>Social Security Administration<br>6401 Security Boulevard<br>Suite 152<br>Altmeyer Building<br>Baltimore, MD 20235 | Priority mail, signature required |
| Ms. Kay Coles James<br>Director<br>Office of Personnel Management<br>1900 E Street, NW.,<br>Washington, DC 20415 | Priority mail, signature required |
| Governor Mark R. Warner<br>Executive Office Building, 3rd Floor<br>1111 East Broad Street<br>Richmond, Virginia 23219 | Priority mail, signature required |
| Mayor Anthony Williams<br>District of Columbia<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Priority mail, signature required |
| Mr. Kenneth D. Lewis<br>Chairman/CEO<br>Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255 | Priority mail, signature required |

Date: _June 16, 2005_         Signature: _Ellen Dunn_

Alberto Gonzales
U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Kenneth Wainstein
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, DC 2001

)
)
)

Date: _June 16, 2005_            Signature: _[signature]_