UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAUDE DUNN, *et al.*,          :
                                :
    Plaintiffs,             :
                                :
  v.                           : Civil Action No. 05-1062 (JR)
                                :
JO ANNE BARNHART, Commissioner, :
Social Security Administration, :
*et al.*,                       :
                                :
    Defendants.             :

### ORDER

Plaintiffs' "follow-up motion on request to appoint guardian ad litem/master," [8] construed as a motion for reconsideration of this Court's order of dismissal dated June 20, 2005, is **denied**, for the reasons set forth in the accompanying memorandum. This is a final, appealable order.

                                                JAMES ROBERTSON
                                     United States District Judge