# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5266**                 **September Term, 2005**

05cv01062

**Filed On:**

In re: Maude O. Dunn and Ellen O. Dunn,
        Petitioners

**BEFORE:**    Sentelle, Rogers, and Brown, Circuit Judges

## ORDER

Upon consideration of the petition for a writ of mandamus, it is

**ORDERED**, on the court's own motion, that to the extent petitioners seek to challenge the district court's order dismissing their case for lack of subject matter jurisdiction, the petition for a writ of mandamus be construed as a notice of appeal. See Smith v. Barry, 502 U.S. 244, 248-49 (1992). The Clerk is directed to transmit a copy of the mandamus petition to the district court for entry of a notice of appeal of the district court's order entered June 20, 2005. It is

**FURTHER ORDERED** that to the extent the mandamus petition is not construed as a notice of appeal, the petition be denied. Petitioners have failed to show both a "clear and indisputable" right to relief and that "no other adequate means to attain the relief exist." In re Sealed Case No. 98-3077, 151 F.3d 1059, 1063 (D.C. Cir. 1998) (internal quotations omitted).

**Per Curiam**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

DEC - 1 2005

CLERK

A True Copy:
    United States Court of Appeals
    for the District of Columbia Circuit

By _____ Deputy Clerk