# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5475**     **September Term, 2005**

05cv01062

Filed On:

Maude O. Dunn and Ellen O. Dunn,
    Appellants

v.

Jo Anne B. Barnhart, Commissioner, Social Security Administration, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JUL - 5 2006

CLERK

## ORDER

By order filed May 18, 2006, the court directed appellants to respond to the clerk's order filed March 14, 2006, and respond to Federal Appellee's motion for summary affirmance, by June 19, 2006. As of this date, nothing has been received from appellants. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Elizabeth V. Scott
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/30/06
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk